UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE JEONG LYU,<br><br>        Plaintiff,<br><br>        v.<br><br>ALEX VILLANEVA *et al.*,<br><br>        Defendants. | No. CV 19-637 JVS (FFM)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action and the attached Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

IT IS ORDERED that:

(1)     plaintiff's request for injunctive relief be dismissed without prejudice;

(2)     plaintiff's equal protection claim is dismissed with prejudice;

(3)     plaintiff's Eighth Amendment claim based on his placement in the Pitchess 700s dorm is dismissed with prejudice; and

(4) plaintiff is granted leave to amend his pleading for the sole purpose of correcting the caption to name Jim McDonnell as the defendant. Plaintiff's amended pleading must be captioned "Second Amended Complaint" and must be complete in itself, without reference to plaintiff's previous pleadings. Plaintiff must file his amended pleading within **30 days** within the date of this Order.

DATED: August 30, 2019

JAMES V. SELNA
United States District Judge