## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE JEONG LYU,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JIM McDONNELL,<br><br>　　　　　　Defendant. | Case No. 5:19-cv-00637-MCS (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Final Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Final Report and Recommendation has passed and Objections have not been received.

　　　IT THEREFORE IS ORDERED that (1) the Final Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) defendant's Motion to Dismiss plaintiff's Second Amended Complaint without further leave to amend and with prejudice for failure to a state a claim is granted (ECF No. 31); and (3) Judgment shall be entered dismissing this action.

DATED: January 12, 2021

　　　　　　　　　　　　　　　　　　　　　　／s／ Mark C. Scarsi
　　　　　　　　　　　　　　　　　　　　　　MARK C. SCARSI
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE