JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE JEONG LYU,<br><br>    Plaintiff,<br><br>  v.<br><br>JIM McDONNELL,<br><br>    Defendant. | Case No. 5:19-cv-00637-MCS (AFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Final Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that Plaintiff have and take nothing by his Second Amended Complaint, and the action is dismissed with prejudice.

DATED: January 12, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE